IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT NELSON HOWELL, JR.**  PETITIONER
Reg. # 09232-026

v.  No. 2:12-cv-87-DPM-BD

**T.C. OUTLAW, Warden,**
**FCI Forrest City**  RESPONDENT

ORDER

On 20 June 2012 Magistrate Judge Beth Deere recommended that Howell's complaint be dismissed for failure to pay the $5 filing fee. *Document No. 4.* On 2 July 2012 Howell paid the fee. *Document No. 5.* In the circumstances the Court declines to adopt the recommendation.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 July 2012