IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT NELSON HOWELL, JR.　　　　　　　　　　　　　PETITIONER
Reg. # 09232-026

v.　　　　　　　　No. 2:12-cv-87-DPM-BD

T.C. OUTLAW, Warden,
FCI Forrest City　　　　　　　　　　　　　　　　　　RESPONDENT

### ORDER

Recommended disposition, № 18, adopted in full. FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee note). Howell's petition for a writ of habeas corpus is dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2013